NUMBER 13-05-628-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

_________________________________________________________

 

PHARR ECONOMIC DEVELOPMENT 

CORPORATION,
INC.,                                              Appellant,

 

                                           v.

 

OSCAR
CUELLAR, JR.,                                              Appellee.

_________________________________________________________

                                             

On
appeal from the 139th 
District Court of 

Hidalgo
County, Texas.

_________________________________________________________

 

                     MEMORANDUM OPINION

 

              Before
Justices Rodriguez, Castillo, and Garza

Memorandum
Opinion Per Curiam

 








Appellant, PHARR
ECONOMIC DEVELOPMENT CORPORATION, INC., perfected an appeal from a judgment
entered by the 139th District Court of Hidalgo
County, Texas, in cause number C-1002-04-C.  After the notice of appeal was filed,
appellant filed a motion to dismiss the appeal. 
In the motion, appellant states that the parties have reached an
agreement to settle and compromise their differences in the suit giving rise to
this appeal.  Appellant requests that
this Court dismiss the appeal.

The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and 

filed this the 10th day of November,
2005.